UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

STEPHANIE HASHEM,

          Plaintiff,

vs.

ARMY & AIR FORCE EXCHANGE SEVICE,

          Defendant.

Case No. 2:14–cv–549–APG–VCF

**ORDER**

      The Defendant has filed a Motion for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF No. 75).

      IT IS HEREBY ORDERED that the plaintiff will have until 3/23/17 to file a response.

      IT IS SO ORDERED.

      DATED this 16th day of March, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE