**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STEPHANIE HASHEM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARMY & AIR FORCE EXCHANGE SERVICE,<br><br>　　　　　Defendant. | 2:14-cv-00549-APG-VCF<br>**ORDER** |

　　Before the Court is the Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 75). No opposition has been filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion…. constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

　　Accordingly,

　　IT IS HEREBY ORDERED that Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 75) is GRANTED.

　　DATED this 24th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE