STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HASHEM, | ) Case No. 2:14-cv-00549-APG-VCF |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION AND ORDER** |
| | ) **OF DISMISSAL WITH PREJUDICE** |
| ARMY & AIR FORCE EXCHANGE | ) |
| SERVICE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-captioned case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 7th day of June 2017.

DAVID OTTO LAW

*/s/ David J. Otto*
DAVID J. OTTO, ESQ.
2300 West Sahara, Suite 800
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: June 8, 2017.